# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RICKY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:20-cv-02437-JTF-atc |
| ) | |
| v. ) | |
| ) | |
| FLOYD BONNER JR., ET AL., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

On Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Modifying The Docket, Dismissing The Amended Complaint With Prejudice, Denying Leave To Amend, Certifying An Appeal Would Not Be Taken in Good Faith, Denying Leave To Proceed *In Forma Pauperis*, Notifying Plaintiff of Appellate Filing Fee, Notifying Plaintiff Of Strike Recommendation Under 28 U.S.C. § 1915(g), And Dismissing Case In Its Entirety, which was entered on May 20, 2022.

**IT IS SO ORDERED**, this 20th day of May, 2022.

APPROVED:

/s/ John T. Fowlkes                              THOMAS M. GOULD
JOHN T. FOWLKES                              CLERK
UNITED STATES DISTRICT JUDGE

May 20, 2022                                       /s/ Kristen Polovoy
DATE                                                   (BY) KRISTEN POLOVOY
                                                            STAFF LAW CLERK